UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                  :            CHAPTER 13
                                                       :
**DANIEL FANTAUZZI**                                   :
          **Debtor(s)**                                :            **No. 22-11525-AMC**

## STIPULATION OF SETTLEMENT OF DEBTOR'S PERSONAL INJURY CLAIM

This Stipulation is entered into by and between Daniel Fantauzzi, Debtor, and the Chapter 13 Trustee, Kenneth E West, through their respective undersigned counsel, and is submitted to the Court for approval in connection with the Debtor's Personal Injury Settlement.

**WHEREAS,** the Debtor, through his retained counsel, Slater & Slater, has received a settlement offer;

**WHEREAS,** the following deductions are to be made from the gross settlement amount:

- **Attorney's contingency fee**

- **Attorney's case-related expenses**

**WHEREAS,** the parties desire to clarify and resolve the disposition of the settlement funds, subject to the approval of the Bankruptcy Court

**WHEREAS,** The debtor shall pay 100% to unsecured creditors in lieu of a pro rata distribution as set forth in the confirmed plan

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. **Approval of Settlement:** The Debtor is authorized to accept the settlement for the full amount.

2. **Distribution of Settlement Proceeds:** The settlement proceeds shall be distributed as follows:

   o   100% payment of the Chapter 13 plan claims to creditors;

   o   Fees and costs associated with litigation to Plaintiff's counsel.

   o   Net, after payment of fees, costs and payment to the Trustee can be distributed directly to the debtor.

3. This Stipulation shall be subject to approval by the United States Bankruptcy Court. Upon approval, the Trustee shall distribute the funds into the plan for unsecured creditors.

4. The Standing Chapter 13 Trustee, Kenneth E West, is authorized to adjust the percentage paid to unsecured creditors to 100%.

5. Each party acknowledges that they have the authority to enter into this Stipulation and that no further consents or approvals are necessary for it to be binding.

6. This Stipulation constitutes the entire agreement between the parties with respect to the subject matter hereof.

CONSENTED TO BY:

DATED: ____07/09/2026____         /s/ Brad J. Sadek, Esquire_____

                                  Brad J. Sadek, Esquire

                                  Counsel for the Debtor

DATED: ____7/2/26____             _____Kyle E. West_____

                                  Kenneth E. West

                                  Chapter 13 Trustee

DATED: ____July 17, 2026____      APPROVED AS AN ORDER OF THIS COURT

                                  _____

                                  HONORABLE ASHELY M CHAN

                                  BANKRUPTCY JUDGE